UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER LONGMAN, | Case No. 2:13-cv-01206-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., a Utah corporation; DOES I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

Before the Court is Defendant Select Portfolio Servicing, Inc.'s Motion to Dismiss. A response was due by August 2, 2013. However, to date, Plaintiff has not filed an opposition to the Motion.

Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); see Abbott v. United Venture Capital, Inc., 718 F. Supp. 828, 831 (D. Nev. 1989). Moreover, the Court has reviewed the Motion and agrees with Defendant that Plaintiff has failed to state a claim upon which relief can be granted. The Court therefore grants Defendant's unopposed Motion to Dismiss.

DATED THIS 15th day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE